UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENDRICK JONES** | **CIVIL ACTION** |
| **VERSUS** | |
| **WARDEN SANDY MCCAIN ET AL.** | **NO.: 17-423-BAJ-RLB** |

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 11)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court deny Petitioner's application for a writ of habeas corpus because Petitioner has not exhausted his claims in Louisiana's state courts. (Doc. 11).

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 11). No party objected. Having considered the Application for Writ of Habeas Corpus (Doc. 1), the Amended Application for Writ of Habeas Corpus (Doc. 3), the Answer (Doc. 10), and the Report and Recommendation (Doc. 11), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

1

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 11)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Petitioner's **Application for Writ of Habeas Corpus (Docs. 1, 3)** is **DENIED** without prejudice.

Baton Rouge, Louisiana, this 2nd day of April, 2019.

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**